864

No. 939. SCHWEINHAUT, TRUSTEE IN BANKRUPTCY, *v.* FLAHERTY. June 1, 1931. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Charles H. Merillat* for petitioner. No appearance for respondent.

No. 940. BALLARD BROTHERS FISH CO., INC., ET AL. *v.* STEPHENSON, TRUSTEE. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. P. J. McCumber* for petitioners. *Messrs. Tazewell Taylor, James Mann,* and *S. Heath Tyler* for respondent.

No. 941. MERKLE *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Halle* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, A. W. Henderson,* and *W. Marvin Smith* for the United States.

No. 942. LAY ET AL. *v.* MITCHELL, INSURANCE COMMISSIONER. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Marshall B. Woodworth* for petitioners. No appearance for respondent.

No. 946. NIAGARA FALLS GAS & ELECTRIC LIGHT CO. *v.* PRENDERGAST ET AL.;

No. 947. U. S. LIGHT & HEAT CORP. ET AL. *v.* SAME; and

No. 948. NIAGARA FALLS *v.* U. S. LIGHT & HEAT CORP. ET AL. June 1, 1931. Petitions for writs of certiorari to